

INSTITUTE FOR JUSTICE

August 24, 2020

**VIA Electronic Case Filing**

U.S. District Court for the E.D. Louisiana
Section J, Division 3
500 Poydras Street
Room C526
New Orleans, LA 70130
<u>Attn</u>:  Gail Chauvin
       Case Administrator

      Re:  *Meade v. Bonin et al.*, 2:20-cv-01455-CJB-DMD

Dear Ms. Chauvin,

      We represent the plaintiffs Hakeem Meade and Marshall Sookram in the above-captioned matter. We write to clarify the status of the case currently before Judge Barbier.

      Plaintiffs filed their First Amended Complaint against Paul A. Bonin ("Judge Bonin") and ETOH Monitoring, LLC ("ETOH"), on May 27, 2020. [Rec. Doc. 7]. Judge Bonin filed two motions to dismiss [Rec. Docs. 10 & 11] and Defendant ETOH filed a motion to dismiss as well [Rec. Doc. 12]. Plaintiffs filed a response to Judge Bonin's motion. [Rec. Doc. 23]. Judge Bonin then filed a motion for leave to file an omnibus reply brief in support of his motions to dismiss. [Rec. Docs. 25].

      On August 23, 2020, prior to the Court's consideration of Judge Bonin's motions to dismiss and motion for leave, Plaintiffs voluntarily dismissed their claim against Judge Bonin pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). [Rec. Doc. 26]. Judge Bonin's pending motions to dismiss and motion for leave are therefore moot.

      However, on August 24, 2020, the Court issued an order canceling oral argument on the "Defendants' Motions to Dismiss," originally set for August 26, 2020, and indicating that the "motions" would be considered on the briefs. [Rec. Doc. 27]. **Because Plaintiffs have voluntarily dismissed their claims against Judge Bonin, Plaintiffs write to clarify that the only live motion currently pending before the Court is ETOH's Motion to Dismiss [Rec. Doc. 12], Plaintiffs' response to that motion [Rec. Doc. 24], and ETOH's reply in support of its motion (assuming ETOH files a reply)**.

      Please do not hesitate to contact the undersigned if you have any questions.

ARLINGTON    AUSTIN    CHICAGO    MIAMI    MINNEAPOLIS    SEATTLE    TEMPE

600 University Street, Suite 1730  Seattle, WA  98101  (206) 957-1300  (206) 957-1301 Fax
general@ij.org    www.ij.org/washington

Gail Chauvin
August 24, 2020
Page 2

                                                        Sincerely,

                                                        <u>/s/ William R. Maurer</u>
                                                        William R. Maurer
                                                        Counsel for Plaintiffs

cc:      All parties via ECF