UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HAKEEM MEADE, on behalf of himself and all others similarly situated | CIVIL ACTION |
| VERSUS | No. 20-1455 |
| PAUL BONIN, ET AL. | SECTION: "J"(3) |

# **J U D G M E N T**

Considering the Court's Order and Reasons dated September 10, 2021, filed herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendants, Paul A. Bonin and ETOH Monitoring LLC, and against Plaintiffs, Hakeem Meade and Marshall Sookram, dismissing Plaintiffs' claims against ETOH Monitoring LLC with prejudice.[1]

New Orleans, Louisiana, this 10th day of September, 2021.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs voluntarily dismissed their claims against Paul Bonin without prejudice. (Rec. Doc. 26).